SHARON L. ANDERSON (SBN 94814)
County Counsel
JANICE L. AMENTA (SBN 161260)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: janice.amenta@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY,
MATTHEW MANGAN,
STEPHEN LOPEZ, SEATON FAJEAU,
CHRISTOPHER LIGHT and
JONATHAN DANIELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SANDOR CEBALLOS, | No. C13-4584 LB (MEJ) |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE |
| v. | |
| CONTRA COSTA COUNTY, MATTHEW MANGAN, STEPHEN LOPEZ, SEATON FAJEAU, CHRISTOPHER LIGHT, JONATHAN DANIELSON and DOES 5-25, inclusive, | Crtrm: C, 15th Floor<br>Judge: Hon. Laurel Beeler Presiding<br>Date Action Filed:   October 3, 2013<br>Trial Date: April 20, 2015 |
| Defendants. | |

WHEREAS, on September 22, 2014, the Court scheduled a Settlement Conference for December 2, 2014, at 10:00 a.m.

WHEREAS, counsel for defendants is scheduled to appear at a settlement conference in another matter on the same date and same time.

WHEREAS, the parties, through their respective counsel, have met and conferred and, there being no objection, stipulate that the Settlement Conference in this matter may be rescheduled.

**STIPULATION**

The parties, by and through their counsel, hereby stipulate as follows:

1. The Settlement Conference currently scheduled for December 2, 2014, is hereby continued to ~~January 30, 2015~~ February 17, 2015, at 10:00 a.m.; and

2. The deadline for submission of Settlement Conference statements is ~~January 23~~ February 10, 2015.

DATE: October 24, 2014          GEONETTA & FRUCHT, LLP


                                By:   */s/ Kenneth Frucht*
                                      KENNETH FRUCHT
                                      Attorneys for Plaintiff


DATE: October 24, 2014          SHARON L. ANDERSON
                                COUNTY COUNSEL


                                By:   */s/ Janice L. Amenta*
                                      JANICE L. AMENTA
                                      Deputy County Counsel
                                      Attorneys for Defendants


**ORDER**

**SO ORDERED.**


DATED:  November 17 , 2014      _____
                                HONORABLE MARIA-ELENA JAMES
                                Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE -  Case No. C13-4584 LB