UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDOR CEBALLOS

    Plaintiff(s),

    v.

CONTRA COSTA COUNTY

    Defendant(s).
_____/

No. 13-04584 LB (MEJ)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for February 17, 2015, in Magistrate Judge James' Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 **has been continued until Friday, May 1, 2015 at 10:00 a.m.**, in Chambers. The Court's previous Order otherwise stays in full force and effect.

Counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Settlement Conference statements, if not previously submitted, are due seven (7) court days before the conference.

The parties shall notify Magistrate Judge James' chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 15, 2015

                                                *Rose Maher*
                                   Rose Maher, Courtroom Deputy to
                                   Maria-Elena James
                                   United States Magistrate Judge