UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDOR CEBALLOS

    Plaintiff(s),

v.

CONTRA COSTA COUNTY

    Defendant(s).
_____/

No. 13-04584 (MEJ)

AMENDED NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

(Corrects date of Continuance)

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 17, 2015, in Magistrate Judge James' Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 **has been continued until February 24, 2015 at 10:00 a.m.**, in Chambers. The Court's previous settlement conference order (Docket No. 48) otherwise remains in full force and effect.

Counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

Settlement Conference statements, if not previously submitted, are due seven (7) court days before the conference.

The parties shall notify Magistrate Judge James' chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 15, 2015

                                               _Rose Maher_
                                               Rose Maher, Courtroom Deputy to
                                               Maria-Elena James
                                               United States Magistrate Judge