**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, CA 94553

(925) 335-1800
(925) 646-1078 (fax)

Writer's Direct Dial:
(925) 335-1886

**SHARON L. ANDERSON**
**COUNTY COUNSEL**

MONIKA L. COOPER
THOMAS L. GEIGER
MARY ANN MCNETT MASON
Steven P. Rettig
ASSISTANTS




GRANTED
Judge Maria-Elena James

February 13, 2015

The Honorable Maria-Elena James
Courtroom B, 15th Floor
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: 2/20/2015

Re: *Sandor Ceballos v. Contra Costa County*
United States District Court - San Francisco Case No. C13-4584 LB

Dear Judge James:

I am writing with respect to the Mandatory Settlement Conference set for February 24, 2015, to request the Court excuse the appearance of the individual defendants. None of the named defendants currently work for Contra Costa County. Several work swing or graveyard shifts for other law enforcement agencies. To attend the conference, they will each be required to take unpaid leave from their current jobs. Some do not reside near San Francisco. In addition, Seaton Fajeau has a scheduled training with his current employer from February 23 to February 25, 2014.

The conference will be attended by myself and Scott Selby, the Assistant Risk Manager for Contra Costa County. Mr. Selby has full settlement authority on behalf of the County and the individual defendants, subject to the approval of the Board of Supervisors. There has already been one mediation in this case, at which Deputy Chris Light appeared. Two of the deputies' depositions have been taken by plaintiff. All of the investigation reports have been produced to plaintiff's counsel.

The Honorable Maria-Elena James
February 13, 2015
Page 2

Thank you for considering this request.

Very truly yours,

SHARON L. ANDERSON
COUNTY COUNSEL

By: *[signature]*
JANICE L. AMENTA
Deputy County Counsel

JLA:st

cc.     Ken Frucht, Esq.