1  Kenneth N. Frucht (SBN 178881)
2  Frederick J. Geonetta (SBN 114824)
   GEONETTA & FRUCHT, LLP
3  100 Montgomery Street, Suite 1600
   San Francisco, CA 94104
4  Tel: (415) 433-4589
   Fax: (415) 392-7973
5  *Attorneys for Plaintiff Sandor Ceballos*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDOR CEBALLOS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al., and DOES 1-25, inclusive,<br><br>    Defendants. | **CASE NO.: 13-04584 (LB)**<br><br><br>**STIPLULATED DISMISSAL**<br><small>ORDER</small> |

Whereas the above entitled case has settled, now therefore pursuant to Federal Rule of Civil 41(a)(1)(A)(ii) and Civil Local Rules 7-12, Plaintiff SANDOR CEBALLOS, by and through his attorney of record, Kenneth Frucht of Geonetta & Frucht LLP, and Defendants CONTRA COSTA COUNTY, MATTHEW MANGAN, STEPHEN LOPEZ, SEATON FAJEAU, CHRISTOPHER LIGHT, and JONATHAN DANIELSON, by and through their attorney of record, Deputy County Counsel Janice L. Amenta of the Contra Costa County Counsel's Office, hereby stipulate that the above entitled action, *Ceballos v. Contra Costa County, et al.*, Case No. 13-04584 LB, be dismissed *with prejudice*.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 8, 2015 | GEONETTA & FRUCHT, LLP |
| 3 | | |
| 4 | | By: /s/   *Kenneth Frucht* |
| 5 | | KENNETH FRUCHT<br>Attorneys for Plaintiff  SANDOR CEBALLOS |

DATED: May 8, 2015            SHARON L. ANDERSON
                              CONTRA COSTA COUNTY COUNSEL


                              By:   /s/   *Janice Amenta*
                                    JANICE L. AMENTA
                                    Deputy County Counsel
                                    Attorneys for Defendants CONTRA COSTA
                                    COUNTY, MATTHEW MANGAN, STEPHEN
                                    LOPEZ, SEATON FAJEAU, CHRISTOPHER LIGHT,
                                    JONATHAN DANIELSON


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May  11 , 2015          _____
                               The Honorable Laurel Beeler
                               United States District Court Magistrate Judge